IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| S.C.S. OF KANSAS CITY, INC.<br>d/b/a SERVICEMASTER RESTORATION,<br><br>Plaintiff,<br><br>v.<br><br>KITTESLON ENTERPRISES, INC., f/k/a<br>SERVICEMASTER ADVANTAGE, INC., d/b/a<br>SERVICEMASTER ADVANTAGE<br><br>and<br><br>JOHN M. KITTELSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 07-85-CV-W-DW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is Plaintiff's Motion for Entry of Final Judgment. (Doc. 15). Defendants failed to file an opposition.

Plaintiff filed suit in federal court on February 1, 2007. According to Plaintiff, the parties reached a settlement during mediation on April 23, 2007. After Defendants failed to make their initial payment, Plaintiff obtained from Defendants a signed Confession and Stipulation of Judgment, which was attached to Plaintiff's Motion as Exhibit A. Defendants then had until May 25, 2007, to make the initial settlement payment. If Defendants did not so act, Plaintiff would file the Confession and Stipulation. Defendants allegedly failed to pay Plaintiff the promised payment. Plaintiff has thus filed this Motion.

According to the Confession and Stipulation of Judgment, Defendants agree to the entry of a final judgment against them, jointly and severally, in the amount of $256,507.48, together

with interested at the rate of 9% per year from November 27, 2006, and reasonable attorneys' fees in the amount of $9,500.00, for a total final judgment amount of $276,507.48. Defendants agree that the judgment amount shall continue to bear interest from May 17, 2007, at a rate of 9% per year.

In light of the Stipulation filed with the Court, Plaintiff's Motion for Entry of Final Judgment is GRANTED. (Doc. 15) The Court hereby enters FINAL JUDGMENT in this case in favor of Plaintiff and against Defendants Kittelson Enterprises, Inc. (formerly d/b/a ServiceMaster Advantage) and John M. Kittelson, jointly and severally, under Counts I, II and III of the Complaint in the total amount of $276,507.84, which should continue to bear interest from May 17, 2007 at 9% interest per year.

Date:   June 28, 2007                                           /s/ Dean Whipple
                                                                     Dean Whipple
                                                    United States District Judge